United States Courts
Southern District of Texas
FILED

OCT 4 - 2018

David J. Bradley, Clerk of Court

SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

Vs.
**Joanna Cecilia Lawrence**

Case Number: 2:18mj 4295

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following person(s) is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

**Francisco Meza-Carmona**

This material witness is a citizen of Mexico who has admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should he be released and returned to his native country, he may not be subject to extradition. Thus, it would be impracticable to secure his presence at such time as the case is called for trial.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

Juan Rojas Border Patrol Agent
U.S. Border Patrol

4th day of October, 2018

UNITED STATES MAGISTRATE JUDGE
B. Janice Ellington