UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

DEC 03 2018

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA § 
§ 
v. § CRIMINAL NO.: C-18-1202 
§ 
JOANNA CECILIA LAWRENCE § 

## STIPULATION OF FACT

The defendant, JOANNA CECILIA LAWRENCE, has agreed to stipulate with the United States Attorney for the Southern District of Texas, Ryan K. Patrick, through the undersigned Assistant United States Attorney, to the following facts. The parties agree that these facts are sufficient to establish the defendant's guilt to the offense alleged in count one of the indictment in cause number 2:18-cr-1202.

### I.

The defendant confesses that within the Southern District of Texas between on or about on or about October 2, 2018,

1) That FRANCISCO MEZA-CARMONA was an alien who had entered or remained in the United States in violation of the law;

2) That the defendant knew or recklessly disregarded the fact that the aliens were in the United States in violation of the law; and,

3) That the defendant transported the aliens within the United States with intent to further the aliens' unlawful presence.

### II.

The defendant further stipulates and agrees that:

On or about October 2, 2018, Defendant JOANNA CECILIA LAWRENCE drove a white Ford Focus sedan through the primary inspection lane of the U.S. Border Patrol

1

Checkpoint located near Falfurrias, Texas. After LAWRENCE showed nervousness and failed to fully stop while speaking with a Border Patrol Agent. Border Patrol asked for and received consent to inspect the vehicle's trunk. LAWRENCE opened the trunk and a person was concealed inside. In a post-Miranda statement, LAWRENCE advised law enforcement authorities that she was to transport two undocumented aliens to Alice, Texas and she would receive the vehicle's title as compensation. Two undocumented aliens was found in the trunk of the vehicle, including FRANCISCO MEZA-CARMONA, a citizen and national of Mexico and non-citizen of the United States, with no legal right to enter or remain in the United States.

The defendant was aware of MEZA-CARMONA'S presence in the vehicle and illegal presence in the United States based on the following:

MEZA-CARMONA was able to positively identify LAWRENCE in a photo line-up as the driver of the vehicle. LAWRENCE admitted that the two undocumented aliens folded down the back seat and hid themselves in the trunk as they got closer to the checkpoint area.

The undersigned have thoroughly reviewed, understand, and agree that the information contained in this Stipulation of Fact is true and correct.

_____
JOANNA CECILIA LAWRENCE
Defendant

_____
Attorney for Defendant

RYAN K. PATRICK
UNITED STATES ATTORNEY

By:_____
REID MANNING
Assistant United States Attorney