United States District Court
Southern District of Texas
**ENTERED**
January 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 2:18-CR-01202 |
| JOANNA CECILIA LAWRENCE | § | |

### ORDER GRANTING MOTION FOR RELEASE OF MATERIAL WITNESS

The Court, having considered the Material Witness', FRANCISCO MEZA-CARMONA, Motion for Release, finds that the Motion for Release shall be:

Granted

Further, there are no other pending charges against this Witness.

It is therefore, ORDERED that the material Witness shall, be released from the custody of the United States Marshals Service, and into the custody of Bureau of Immigration and Customs Enforcement. It is further, ORDERED that the Clerk of the Court shall provide a copy of this order to the United States Marshals Service.

SIGNED this _8_ day of _January_, 2019.

_____
UNITED STATES MAGISTRATE JUDGE